ROBERT V. KUENZEL (# 85066)
KUENZEL & ASSOCIATES
98 Pine Street
Ashland, OR 97520
(541) 552-0142
fax: (541) 552-0145
email: Kuenzel@aol.com

Attorneys for Defendants
Christopher Van Hook and Abalone International, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT,<br><br>    Plaintiff,<br><br>  vs.<br><br>CHRISTOPHER L. VAN HOOK, d/b/a GLOBAL CULTURE, and ABALONE INTERNATIONAL, INC.,<br><br>    Defendants. | Case No.: C 03 0990 CRB<br><br>**[PROPOSED] ORDER ON EX PARTE APPLICATION TO CONSOLIDATE HEARINGS ON MOTION TO CONFIRM FINAL ARBITRATION AWARD AS A JUDGMENT OF THIS COURT, AND HARBOR DISTRICT'S MOTION TO VACATE FINAL ARBITRATION AWARD** |

    The Ex Parte Application of Defendants Christopher L. Van Hook and Abalone International, Inc. ("Defendants") for an Order consolidating the hearings on their motion to confirm the final arbitration award in this matter, set for August 5, 2005, and the Crescent City Harbor District's ("CCHD's") recently filed motion to vacate said award, set for August 12, 2005, came duly before the Court.

    Good cause appearing, IT IS ORDERED that the two hearings shall be consolidated, and shall be heard by this Court on August 12, 2005, at 10:00 a.m. Defendants may file a single, consolidated Reply in support of their Motion and Opposition to CCHD's motion, on or before July 22, 2005. Plaintiff may, if it wishes, file a Reply on its Motion on or before July 29, 2005.

Dated: July 12, 2005.

_____
Charles R. Breyer
Judge of the U.S.

*APPROVED* [signature: Judge Charles R. Breyer]

CASE NO. C03 0990 CRB; [PROPOSED] ORDER CONSOLIDATING HEARINGS