**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT, | No. C 03-00990 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| CHRISTOPHER L. VAN HOOK d/b/a GLOBAL CULTURE, and ABALONE INTERNATIONAL, INC., | |
| Defendants. / | |

The Court has determined that defendant should be reimbursed for attorneys' fees in the amount of $22,365 and costs in the amount of $1530.74, both of which were incurred by defendant in seeking an order staying this action and compelling arbitration. The Court has also determined that defendant should be further reimbursed for expenses incurred in bringing the motion to confirm the arbitration award and opposing the motion to vacate the arbitration award. The Court finds that such expenses consist of $18,870 in attorneys' fees

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  and $284.45 in costs.

2  Therefore, pursuant to this Court's Order of August 17, 2005, it is ORDERED that
3  defendant pay to plaintiffs the award designated by the arbitration panel, including interest on
4  the amount of the award at the legal rate from June 1, 2005, plus $43,050.19 for fees and
5  costs incurred in proceedings before this Court.

6  It is further ORDERED that the Complaint herein be DISMISSED with prejudice.

7  **IT IS SO ORDERED.**

10  Dated: August 17, 2005

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

G:\CRBALL\2003\0990\order 6.wpd         2